UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Dorissteen Smith                                                      Chapter 13
                                                                               Case No. ___
Debtor.

## Chapter 13 Plan

Address:        Debtor   4311 Woody Creek Cove, Memphis, TN 38141

Plan Payment:

Debtor Shall Pay:   $110.00 Weekly
   Or by:  (X) Payroll Deduction   Milwaukee Eletric Tools, 13135 W. Lisbon Road, Brookfield, WI 53005

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                             (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                           ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:      ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:        Monthly Pmt.
                                   ongoing payment begins
                                   Approximate arrearage
                                   ongoing payment begins
                                   Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
   IRS                                                 Amount          $9,000.00                 $150.00
                                                       Amount

6. Home Mortgage Claims:     ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
                                   ongoing payment begins
                                   Approximate arrearage          Interest
                                   ongoing payment begins
                                   Approximate arrearage          Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Above and Beyond Auto (2006 Mercedes ML350) | $ 3,380.00 | 0.00% | $68.00 |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

    _____ Collateral _____
    _____ Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

    _____ ( ) Not Provided For    ( ) General Unsecured Creditor
    _____ ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____;
Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    Progressive Leasing                          (X) Assume    ( ) Reject
    Allene Smith                                  (X) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908       Date    April 16, 2019
    Debtor's Attorney's Signature

April 16, 2019

910 > October 18, 2016